**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Latigo Plaza, Inc. | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA The Latigo Group | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 74-2007250 | |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

5150 Broadway, Suite 628
San Antonio, TX 78209
Number, Street, City, State & ZIP Code

Bexar
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
Multiple San Antonio, TX
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Latigo Plaza, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Latigo Plaza, Inc. | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| --- | --- | --- | --- |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

Debtor  Latigo Plaza, Inc.                                                    Case number (if known)
        Name

Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature
    of authorized                The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    representative of debtor
                                  I have been authorized to file this petition on behalf of the debtor.

                                  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                  I declare under penalty of perjury that the foregoing is true and correct.

                                  Executed on      December 31, 2023
                                                   MM / DD / YYYY

                                  X                                                            David B. Brigham
                                  Signature of authorized representative of debtor             Printed name

                                  Title    President


18. Signature of attorney     X
                                  Signature of attorney or debtor                      Date    December 31, 2023
                                                                                               MM / DD / YYYY

                                  William B. Kingman
                                  Printed name

                                  Law Offices of William B. Kingman
                                  Firm name

                                  3511 Broadway
                                  San Antonio, TX 78209
                                  Number, Street, City, State & ZIP Code


                                  Contact phone   (210) 829-1199        Email address   bkingman@kingmanlaw.com


                                  11476200 TX
                                  Bar number and State


Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                                     page 4

PROFIT AND LOSS

January 1, 2023 -- November 30, 2023

| LATIGO PLAZA, INC. | | | | |
|---|---|---|---|---|
| REVENUE | | EXPENSES | | |
| Rents | 320,100.00 | SHORT-TERM | | |
| Notes Receivable | 0.00 | Owner's draw | | (75,624.99) |
| | | Utilities | | (5,610.00) |
| | | LONG-TERM | | |
| | | Ad-valorem taxes | | (58,947.99) |
| | | Insurance | | (35,442.00) |
| | | Debt service | | (193,420.37) |
| | | CAPITAL EXPENSES | | |
| | | Maintenance | | (27,500.00) |
| TOTAL | 320,100.00 | | | (396,545.35) |
| REVENUE | 320,100.00 | | | |
| LESS: EXPENSES | (396,545.35) | | | |
| PROFIT (LOSS) | (76,445.35) | | | |

## BALANCE SHEET
## January 1, 2023 -- November 30, 2023

| LATIGO PLAZA, INC. | |
|---|---|
| ASSETS (Cost Basis) | |
| 8145 Latigo | 1,050,000.00 |
| 8161 Latigo | 200,000.00 |
| 7520 W. Military | 200,000.00 |
| Owed by David Brigham | |
| to Latigo Plaza, Inc. | 900,000.00 |
| Notes Receivable | 0.00 |
| | |
| | |
| | |
| | |
| | |
| TOTAL | 2,350,000.00 |
| ASSETS | 2,350,000.00 |
| LESS: LIABILITIES | 0.00 |
| EQUITY | 2,350,000.00 |

| | |
|---|---|
| LIABILITIES | |
| Owed to Christine Sorenson | (300,000.00) |
| Owed to Mary Jane Brigham | (100,000.00) |
| MORTGAGES | |
| 8145 Latigo | (969,157.77) |
| 8161 Latigo | (270,039.91) |
| 7520 W. Military | (237,040.28) |
| unpaid bills | |
| Credit cards | (94,800.00) |
| Ad-valorem taxes | (71,193.98) |
| Insurance | (33,660.00) |
| | |
| | (2,075,891.94) |
| | |
| | |
| | |

5683 11/30/2023 6:28 AM

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning _____ , ending _____

| **A** S election effective date<br>**10/01/86** | TYPE | Name<br>**LATIGO PLAZA INC** | **D** Employer identification number<br>**74-2007250** |
|---|---|---|---|
| **B** Business activity code number (see instructions)<br>**531120** | OR | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**775 ESTES** | **E** Date incorporated<br>**09/08/1977** |
| **C** Check if Sch. M-3 attached ☐ | PRINT | City or town, state or province, country, and ZIP or foreign postal code<br>**SAN ANTONIO      TX 78209** | **F** Total assets (see instructions)<br>$      **736,474** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year **4**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales | 1a | |
| | **b** | Returns and allowances | 1b | |
| | **c** | Balance. Subtract line 1b from line 1a | 1c | |
| | **2** | Cost of goods sold (attach Form 1125-A) | 2 | |
| | **3** | Gross profit. Subtract line 2 from line 1c | 3 | |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | **5** | Other income (loss) (see instructions—attach statement) | 5 | |
| | **6** | **Total income (loss).** Add lines 3 through 5 | 6 | |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions–attach Form 1125-E) | 7 | |
| | **8** | Salaries and wages (less employment credits) | 8 | |
| | **9** | Repairs and maintenance | 9 | |
| | **10** | Bad debts | 10 | |
| | **11** | Rents | 11 | |
| | **12** | Taxes and licenses | 12 | |
| | **13** | Interest (see instructions) | 13 | |
| | **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| | **15** | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| | **16** | Advertising | 16 | |
| | **17** | Pension, profit-sharing, etc., plans | 17 | |
| | **18** | Employee benefit programs | 18 | |
| | **19** | Other deductions (attach statement) | 19 | |
| | **20** | **Total deductions.** Add lines 7 through 19 | 20 | |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | |

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| | **b** | Tax from Schedule D (Form 1120-S) | 22b | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| | **23a** | 2022 estimated tax payments and 2021 overpayment credited to 2022 | 23a | | |
| | **b** | Tax deposited with Form 7004 | 23b | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| | **d** | Add lines 23a through 23c | | 23d | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | 24 | |
| | **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| | **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| | **27** | Enter amount from line 26: **Credited to 2023 estimated tax** _____ **Refunded** | | 27 | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|
| | Signature of officer      **DAVID BRIGHAM** | Date | Title      **PRESIDENT** |

| **Paid Preparer Use Only** | Print/Type preparer's name<br>**GEORGE C. WILLIAMS** | Preparer's signature | Date<br>**11/30/23** | Check ☐ if self-employed | PTIN<br>**P01263888** |
|---|---|---|---|---|---|
| | Firm's name **WILLIAMS, STEINERT, MASK, L.L.P.** | | | Firm's EIN **74-2985734** | |
| | Firm's address **1100 NE LOOP 410 STE 350**<br>**SAN ANTONIO, TX      78209** | | | Phone no. **210-684-1071** | |

For Paperwork Reduction Act Notice, see separate instructions.      Form **1120-S** (2022)

DAA

5683 11/30/2023 6:28 AM

| Form 1120-S (2022) | **LATIGO PLAZA INC** | 74-2007250 | | Page **2** |
|---|---|---|---|---|

## Schedule B  Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☒ Cash **b** ☐ Accrual<br>**c** ☐ Other (specify) .................................................................................. | | |
| 2 | See the instructions and enter the:<br>**a** Business activity **REAL ESTATE HOLDING**    **b** Product or service **REAL ESTATE HOLDING** | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a<br>nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ............... | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any<br>foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v)<br>below ................................................................................................................................................... | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or<br>capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a<br>trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ........................... | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ............................ | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock ...................................................... | | |
| | **(ii)** Total shares of non-restricted stock ................................................. | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ............ | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year .................... | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed .............. | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide<br>information on any reportable transaction? .......................................................................................... | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............... ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount<br>Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a<br>basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and**<br>**(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in<br>gain reduced by net recognized built-in gain from prior years. See instructions ........................... $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business<br>in effect during the tax year? See instructions ...................................................................................... | X | |
| 10 | Does the corporation satisfy one or more of the following? See instructions ....................................................... | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years<br>preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense.<br>If "Yes," complete and attach Form 8990, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? ...................................................................... | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000.<br>If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2022)

DAA

5683 11/30/2023 6:28 AM

Form 1120-S (2022)  **LATIGO PLAZA INC**                  74-2007250                   Page **3**

## Schedule B  Other Information (see instructions) (continued)

| | | Yes | No |
|---|---|---|---|
| **12** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| If "Yes," enter the amount of principal reduction ................................................................ $ | | | |
| **13** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions ...... | | | X |
| **14a** Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? ........................................ | | X | |
| **b** If "Yes," did or will the corporation file required Form(s) 1099? ................................................................ | | X | |
| **15** Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ................................................ | | | X |
| If "Yes," enter the amount from Form 8996, line 15 ....................................................... $ | | | |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | | **1** | |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | −40,210 |
| | **3a** Other gross rental income (loss) | **3a** | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Interest income | | **4** | 8 |
| | **5** Dividends: **a** Ordinary dividends | | **5a** | |
| | **b** Qualified dividends | **5b** | | |
| | **6** Royalties | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | **9** | |
| | **10** Other income (loss) (see instructions) ........ Type: | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | | **11** | |
| | **12a** Charitable contributions | | **12a** | |
| | **b** Investment interest expense | | **12b** | |
| | **c** Section 59(e)(2) expenditures .......... Type: | | **12c** | |
| | **d** Other deductions (see instructions) ...... Type: | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | | **13a** | |
| | **b** Low-income housing credit (other) | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **13c** | |
| | **d** Other rental real estate credits (see instructions)  Type: | | **13d** | |
| | **e** Other rental credits (see instructions) ...... Type: | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | | **13f** | |
| | **g** Other credits (see instructions) .......... Type: | | **13g** | |
| **International** | **14** Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | | **15a** | −381 |
| | **b** Adjusted gain or loss | | **15b** | |
| | **c** Depletion (other than oil and gas) | | **15c** | |
| | **d** Oil, gas, and geothermal properties – gross income | | **15d** | |
| | **e** Oil, gas, and geothermal properties – deductions | | **15e** | |
| | **f** Other AMT items (attach statement) | | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | | **16a** | |
| | **b** Other tax-exempt income | | **16b** | |
| | **c** Nondeductible expenses | | **16c** | 29,157 |
| | **d** Distributions (attach statement if required) (see instructions) | | **16d** | 33,479 |
| | **e** Repayment of loans from shareholders | | **16e** | |
| | **f** Foreign taxes paid or accrued | | **16f** | |

Form **1120-S** (2022)

DAA

5683 11/30/2023 6:28 AM

| Form 1120-S (2022) | LATIGO PLAZA INC | | 74-2007250 | | Page 4 |
|---|---|---|---|---|---|

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | | Total amount |
|---|---|---|---|---|
| **Other Information** | **17a** Investment income | | **17a** | 8 |
| | **b** Investment expenses | | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | **17c** | |
| | **d** Other items and amounts (attach statement)　　SEE STATEMENT 1 | | | |
| **Reconciliation** | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | **18** | −40,202 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 1,694 | | 36,297 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) STMT 2 | | | | 50,732 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 1,683,770 | | 1,731,305 | |
| b | Less accumulated depreciation | 1,157,208 | 526,562 | 1,190,046 | 541,259 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 108,186 | | 108,186 |
| 13a | Intangible assets (amortizable only) | 19,023 | | | |
| b | Less accumulated amortization | 15,348 | 3,675 | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 640,117 | | 736,474 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) STMT 3 | | | | 13,894 |
| 19 | Loans from shareholders | | | | 157,492 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) STMT 4 | | 1,524,787 | | 1,552,596 |
| 22 | Capital stock | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital | | 138,157 | | 138,157 |
| 24 | Retained earnings | | −172,560 | | −275,398 |
| 25 | Adjustments to shareholders' equity (attach statement) STMT 5 | | −851,267 | | −851,267 |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 640,117 | | 736,474 |

Form **1120-S** (2022)

DAA

5683 11/30/2023 6:28 AM

| Form 1120-S (2022)  **LATIGO PLAZA INC** | 74-2007250 | Page 5 |
|---|---|---|

### Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -69,359 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | | |
| a | Depreciation  $ | | a | Depreciation  $ | | |
| b | Travel and entertainment  $ | | | | | |
| | STMT 6               29,157 | 29,157 | 7 | Add lines 5 and 6 | | |
| 4 | Add lines 1 through 3 | -40,202 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | -40,202 |

### Schedule M-2  Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -172,560 | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions           STMT 7 | 8 | | | |
| 4 | Loss from page 1, line 21 | ( | | | |
| 5 | Other reductions          STMT 8 | ( 69,367 | | | ( ) |
| 6 | Combine lines 1 through 5 | -241,919 | | | |
| 7 | Distributions | 33,479 | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -275,398 | | | |

Form **1120-S** (2022)

DAA

5683 11/30/2023 6:28 AM

| Form **8825** | **Rental Real Estate Income and Expenses of a** | |
|---|---|---|
| (Rev. November 2018) | **Partnership or an S Corporation** | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1065 or Form 1120S.<br>Go to *www.irs.gov/Form8825* for the latest information. | |

| Name | Employer identification number |
|---|---|
| LATIGO PLAZA INC | 74-2007250 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **A** | 7520 W MILITARY<br>7520 W MILITARY<br>SAN ANTONIO     TX  78227 | 4<br>COMMERCIAL | 365 | 0 |
| **B** | 8122 MARBACH<br>8122 MARBACH<br>SAN ANTONIO     TX  78227 | 4<br>COMMERCIAL | 365 | 0 |
| **C** | 8161 LATIGO<br>8161 LATIGO PLAZA<br>SAN ANTONIO     TX  78227 | 4<br>COMMERCIAL | 365 | 0 |
| **D** | | | | |

| | | | **Properties** | | |
|---|---|---|---|---|---|
| | **Rental Real Estate Income** | | **A** | **B** | **C** | **D** |
| **2** | Gross rents | **2** | 27,500 | 247,703 | 15,600 | |
| | **Rental Real Estate Expenses** | | | | | |
| **3** | Advertising | **3** | | | | |
| **4** | Auto and travel | **4** | 134 | 1,542 | 59 | |
| **5** | Cleaning and maintenance | **5** | | | | |
| **6** | Commissions | **6** | | | | |
| **7** | Insurance | **7** | 3,204 | 36,801 | 1,410 | |
| **8** | Legal and other professional fees | **8** | 23 | 267 | 10 | |
| **9** | Interest (see instructions) | **9** | 20,538 | 74,650 | 22,997 | |
| **10** | Repairs | **10** | 4,413 | 43,395 | 4,789 | |
| **11** | Taxes | **11** | 7,426 | 59,826 | 10,425 | |
| **12** | Utilities | **12** | 1,248 | 14,328 | 1,449 | |
| **13** | Wages and salaries | **13** | | | | |
| **14** | Depreciation (see instructions) | **14** | 2,956 | 14,336 | 2,806 | |
| **15** | Other (list)<br>SEE STMT 9,10,11 | **15** | 143 | 1,776 | 62 | |
| **16** | Total expenses for each property.<br>Add lines 3 through 15 | **16** | 40,085 | 246,921 | 44,007 | |
| **17** | Income or (loss) from each property.<br>Subtract line 16 from line 2 | **17** | -12,585 | 782 | -28,407 | |

| **18a** | Total gross rents. Add gross rents from line 2, columns A through H | **18a** | 290,803 |
|---|---|---|---|
| **b** | Total expenses. Add total expenses from line 16, columns A through H | **18b** | 331,013 ) |
| **19** | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | **19** | |
| **20a** | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | **20a** | |
| **b** | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed. | | |

| (1) Name | (2) Employer identification number |
|---|---|
| ................................................ | .............................. |
| ................................................ | .............................. |
| ................................................ | .............................. |

| **21** | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>**Form 1065 or 1120S:** Schedule K, line 2 | **21** | -40,210 |
|---|---|---|---|

**For Paperwork Reduction Act Notice, see instructions.**

Form **8825** (Rev. 11-2018)

DAA

## RESOLUTION REGARDING AUTHORITY TO FILE
## CHAPTER 11 BANKRUPTCY PROCEEDING

I, David Brigham, declare under penalty of perjury that I am the President of Latigo Plaza, Inc., a Texas corporation. On December 26th, 2023, the following resolution was duly adopted by the members of this entity:

"Whereas, it is in the best interest of Latigo Plaza, Inc. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Further Resolved that David Brigham, as President of Latigo Plaza, Inc. is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of Latigo Plaza, Inc.; and

Be It Further Resolved that David Brigham, President of Latigo Plaza, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of Latigo Plaza, Inc., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Latigo Plaza, Inc. in connection with such bankruptcy case; and

Be It Further Resolved that David Brigham, as President of Latigo Plaza, Inc., is authorized and directed to, on behalf of Latigo Plaza, Inc., employ as attorney the Law Offices of William B. Kingman, P.C. to represent Latigo Plaza, Inc. in such bankruptcy case."

Dated effective December 26, 2023.

Latigo Plaza, Inc.

By: _____
David Brigham, President

**Fill in this information to identify the case:**

Debtor name    Latigo Plaza, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐   Schedule H: Codebtors (Official Form 206H)
☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐   Amended Schedule _____
☒   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 31, 2023    X _____
                                          Signature of individual signing on behalf of debtor

                                          David B. Brigham
                                          Printed name

                                          President
                                          Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | Latigo Plaza, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | | | | | $5,300.00 |
| Bank of America PO Box 15796 Wilmington, DE 19886-5796 | | | | | | $26,000.00 |
| Chase Ink PO Box 15548 Wilmington, DE 19886-5548 | | | | | | $26,000.00 |
| Christine Sorenson 775 Estes San Antonio, TX 78209 | | | | | | $300,000.00 |
| Flagstar PO Box 790408 Saint Louis, MO 63179-0408 | | | | | | $4,500.00 |
| insurica 8200 IH-10W, #950 San Antonio, TX 78230-3878 | | | | | | $33,757.05 |
| Mary Jane Brigham 775 Estes San Antonio, TX 78209 | | | | | | $100,000.00 |
| Sherwin Williams PO Box 33127 Louisville, KY 40201 | | | | | | $500.00 |
| USAA Credit Cards 10750 McDermott Fwy San Antonio, TX 78288-0570 | | | | | | $33,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of Texas

In re    Latigo Plaza, Inc.

           Debtor(s)

Case No. _____

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brigham Descendents Trust<br>775 Estes<br>78209 | Common | 20% | Ownership |
| David B. Brigham Grantor Trust<br>775 Estes<br>San Antonio, TX 78209 | Common | 1.4% | Ownership |
| David Brigham<br>775 Estes<br>San Antonio, TX 78209 | Common | 58.6 | Ownership |
| Mary Jane Brigham Grantor Trust<br>775 Estes<br>San Antonio, TX 78209 | Common | 20% | Owenership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    December 31, 2023

Signature _____
                David B. Brigham

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Western District of Texas**

In re   Latigo Plaza, Inc.                                                    Case No.
                                              Debtor(s)          Chapter      11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 31, 2023

David B. Brigham/President
Signer/Title

Albert Uresti, M.P.A., PCC
Bexar County Tax Assessor
Vista Verde Plaza Building 233 N. Pecos
San Antonio, TX 78207


American Bank
c/o Byron Bexley 600 Pat Booker Rd.
Universal City, TX 78148


American Express
PO Box 650448
Dallas, TX 75265-0448


Assured Lender Servicers, Inc.
c/o Cherie Maples
111 Pacifica, Suite 240
Irvine, CA 92618


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Chase Ink
PO Box 15548
Wilmington, DE 19886-5548


Christine Sorenson
775 Estes
San Antonio, TX 78209


Don Stecker
Linebarger Goggan Blair & Sampson
112 E. Pecan, Suite 2200 San Antonio, TX
San Antonio, TX 78205


Flagstar
PO Box 790408
Saint Louis, MO 63179-0408


insurica
8200 IH-10W, #950
San Antonio, TX 78230-3878


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Mary Jane Brigham
775 Estes
San Antonio, TX 78209


Roadrunner Recycling
PO Box 6611
Hermitage, PA 16148

Sherwin Williams
PO Box 33127
Louisville, KY 40201


Steven B. Bass
Assistant U.S. Attorney
903 San Jacinto, Ste. 334
Austin, TX 78701


Texas Comptroller of Public Accounts
Revenue Accounting Div- BK Section
P.O. Box 12548, MC-008
Austin, TX 78711


Texas Workforce Commission
TWC Building - Regulatory Integrity Div.
101 East 15th Street
Austin, TX 78778


USAA Credit Cards
10750 McDermott Fwy
San Antonio, TX 78288-0570


Velocity Commercial Capital
c/o Daniel Braley
30699 Russell Ranch Rd., #295
Westlake Village, CA 91362

## United States Bankruptcy Court
### Western District of Texas

In re   Latigo Plaza, Inc.

            Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _Latigo Plaza, Inc._ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 31, 2023
_____

Date

William B. Kingman

Signature of Attorney or Litigant
Counsel for   Latigo Plaza, Inc.

Law Offices of William B. Kingman
3511 Broadway
San Antonio, TX 78209
(210) 829-1199 Fax:
bkingman@kingmanlaw.com

## United States Bankruptcy Court
### Western District of Texas

In re   Latigo Plaza, Inc.

                                             Case No.
                        Debtor(s)            Chapter     11

### DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

#### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☒   I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   December 31, 2023

                        David B. Brigham, President

#### PART II: DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   December 31, 2023

                        William B. Kingman, Attorney for Debtor
                        3511 Broadway
                        San Antonio, TX 78209
                        (210) 829-1199 Fax: